1  TRACY L. WILKISON
   Acting United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  STACY WIESBROCK, CSBN 257920
7  Special Assistant United States Attorney
8        Social Security Administration
9        160 Spear St., Suite 800
         San Francisco, CA  94105
10       Telephone: (510) 970-4865
11       Facsimile: (415) 744-0134
         Email: stacy.wiesbrock@ssa.gov
12 Attorneys for Defendant
13              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
14                   EASTERN DIVISION
15

16 JEFFREY ALAN WEISS,                    ) No. 5:21-cv-00001-DOC-SHK
                                          )
17       Plaintiff,                       )
                                          ) **[PROPOSED]**
18       v.                               ) **JUDGMENT OF REMAND**
                                          )
19 KILOLO KIJAKAZI,[1]                    )
20 Acting Commissioner of Social          )
   Security,                              )
21                                        )
                                          )
22       Defendant.                       )
                                          )
23       The Court having approved the parties' Stipulation to Voluntary Remand

24 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

25 ("Stipulation") lodged concurrent with the lodging of the within Judgment of

26 _____

27 [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9,
28 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo
   Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this
   suit. No further action need be taken to continue this suit by reason of the last
   sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2  above-captioned action is remanded to the Commissioner of Social Security for
3  further proceedings consistent with the Stipulation to Remand.
4
5  DATED:   8/3/21
6                                                    HON. SHASHI H. KEWALRAMANI
                                                     UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28