UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALAN WEISS,<br><br>                                    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                                    Defendant. | Case No.:  5:21-cv-00001-DOC-SHK<br><br>**ORDER GRANTING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

After this case was remanded to the Commissioner of Social Security for further consideration, the parties settled upon fees under the Equal Access to Justice Act in the amount of $1,200.

Because the requests are reasonable and supported, the Joint Motion for the Award and Payment of Equal Access to Justice Act Fees and Expenses is **GRANTED** in the amount of $1,200 to be paid by the Social Security Administration. Pursuant to Astrue v. Ratliff, 560 U.S. 586 (2010), that fee is payable to Plaintiff and may be subject to an offset to satisfy any pre-existing debt he may owe the United States.

IT IS SO ORDERED.

Date: 8/24/2021

_____
HON. SHASHI H KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

1